UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
NO.  1:22-CV-49-GNS

DEBORAH A. JOHNSON												PLAINTIFF

V.						**NOTICE OF REMOVAL**
						**Electronically Filed**

ROBERT B. SUHRHEINRICH, SUPERB
TOOLING, INC. AND GEICO GENERAL
INSURANCE COMPANY											DEFENDANTS

The Defendants Robert B. Suhrheinrich and Superb Tooling, Inc. (hereafter referred to as "Suhrheinrich" and "Superb Tooling") for their notice of removal, state as follows:

1. Suhrheinrich and Superb Tooling desire to exercise their right under 28 U.S.C. §1441(a) to remove this action from the Circuit Court of Warren County, Kentucky, in which this cause is now pending under the name of Deborah A. Johnson v. Robert B. Suhrheinrich, Superb Tooling, Inc., and GEICO General Insurance Company, Civil Action No. 22-CI-00375.

2. The Plaintiff is now, and was at the time this action was commenced, a citizen and resident of Christian County, Kentucky.

3. Suhrheinrich is now, and was at the time this action was commenced, a citizen and resident of the State of Indiana.

4. Superb Tooling, Inc. is now and was at the time this action was commenced an Indiana corporation, with its principal place of business address being located in Ferdinand, Indiana.  Superb Tooling is not, and was not, a citizen of Kentucky, nor is its principal place of business located in Kentucky.

5. GEICO General Insurance Company (hereafter "GEICO") is now and was at the time this action was commenced a Nebraska insurance company with its principal place of

business being located in Macon, Georgia.  GEICO is not and was not a citizen of Kentucky nor is its principal place of business located in Kentucky.

6. The plaintiff's action is a civil action in which she seeks damages arising from personal injuries the plaintiff claims to have sustained in a motor vehicle collision in Warren County, Kentucky with a vehicle operated by Suhrheinrich. The plaintiff prays for damages arising from past and future medical expenses, pain and suffering, lost earnings and permanent impairment of earning capacity.

7. Pursuant to CR 8.01(2) of the Kentucky Rules of Civil Procedure, the plaintiff did not recite in her complaint a specific sum as alleged damages other than a request for judgment against the defendants in an amount which exceeds the jurisdictional requirements of the state court ($5,000.00).  As a result of past medical expenses incurred, future medical expenses to be incurred and the plaintiff's claimed pain and suffering, lost wages and permanent impairment of earning capacity, the plaintiff's claim is known to exceed $75,000.00 exclusive of interest and costs.

8. This action is one in which this court has original jurisdiction under the provisions of 28 U.S.C. §1332(a)(1), and which may be removed to this court by Suhrheinrich and Superb Tooling pursuant to 28 U.S.C. §1441(a) because it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

9. Pursuant to 28 U.S.C. §1446(a), Suhrheinrich and Superb Tooling attach hereto the following exhibits and incorporate herein by reference copies of all process, pleadings and orders served upon Suhrheinrich and/or Superb Tooling prior to removal, to wit: (A) summons against Superb Tooling, (B) Complaint, (C) Answer of Suhrheinrich and Superb Tooling served

April 13, 2022, (D) First Amended Answer of Suhrheinrich and Superb Tooling served April 15, 2022, and (E) Answer of GEICO served April 28, 2022.

10. Based on these premises, Suhrheinrich and Superb Tooling desire and are entitled to have this cause of action removed from the Circuit Court of Warren County, Kentucky, to the United States District Court for the Western District of Kentucky, Bowling Green Division, such being the district and division where said suit is pending.

11. Written notice of the filing of this notice of removal will be given to counsel for plaintiff, Hon. Richard W. Hartsock, Hughes & Coleman, 1256 Campbell Lane, Suite 201, P.O. Box 10120, Bowling Green, KY 42102, and to Defendant GEICO, c/o Hon. Ryan F. Quick, Quick & Coleman, PLLC, P.O. Box 847, Elizabethtown, KY 42702-0847, and to the Clerk of the Circuit Court of Warren County, Kentucky by U.S. mail as required by 28 U.S.C. §1446(d).

12. The defendant GEICO, by its attorney, evidences its agreement to the removal of this action to federal court by its counsel signing a copy of this Notice of Removal.

**WHEREFORE**, Suhrheinrich and Superb Tooling pray that the state court action pending against them in the Circuit Court of Warren County, Kentucky, be removed to this court, and henceforth this action be placed on the docket of this court for further proceedings, the same as though this action had originally been instituted in this Court.

SULLIVAN MOUNTJOY, PSC

/s/ Ronald M. Sullivan
Ronald M. Sullivan, KBA# 69080
100 St. Ann Street
Owensboro, Kentucky 42303
Telephone:  (270) 926-4000
Facsimile:   (270) 683-6694
rsullivan@smlegal.com
Attorneys for Robert B. Suhrheinrich and Superb Tooling, Inc.

AGREED TO:

/s/ Ryan F. Quick (by Ronald M. Sullivan with permission)
Ryan F. Quick
Quick & Coleman, PLLC
P.O. Box 847
Elizabethtown, KY 42702-0847
Telephone:  (270) 765-4112
Fax:  (270) 769-3081
Email:  ryan.quick@quickandcoleman.com
*Attorney for GEICO General Insurance Company*


### CERTIFICATE OF SERVICE

This is to certify that on April 29, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following counsel for plaintiff:

Hon. Richard W. Hartsock
Hughes & Coleman
1256 Campbell Lane, Suite 201
P.O. Box 10120
Bowling Green, KY 42102
rhartsock@hughesandcoleman.com
*Counsel for Plaintiff*

Hon. Ryan F. Quick
Quick & Coleman, PLLC
P.O. Box 847
Elizabethtown, KY 42702-0847
ryan.quick@quickandcoleman.com
*Counsel for GEICO General Insurance Company*


I further certify that I mailed a copy of the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants:  Brandi Duvall, Clerk, Warren Circuit Court, 1001 Center Street, Suite 102, Bowling Green, Kentucky 42101.

/s/ Ronald M. Sullivan
Ronald M. Sullivan