Filed    22-CI-00375    03/31/2022    Brandi Duvall, Warren Circuit Clerk

CIVIL ACTION NO. 22-CI-_____        WARREN CIRCUIT COURT
                                                    DIV.___

*Electronically Filed*

DEBORAH A. JOHNSON                                    PLAINTIFF

V.                        **COMPLAINT**

ROBERT B. SUHRHEINRICH                                DEFENDANTS
    SERVE:    Kentucky Secretary of State
              Pursuant to KRS 454.210

              3350 E. 1600 N.
              Lincoln City, IN 47552
and

SUPERB TOOLING, INC.
    SERVE:    CT Corporation System, Registered Agent
              306 W. Main Street
              Suite 512
              Frankfort, KY 40601
and

GEICO GENERAL INSURANCE COMPANY
    SERVE:    Kentucky Secretary of State
              Pursuant to KRS 454.210

              Frank Siva, Process Agent
              One GEICO Center
              Macon, GA 31295

Comes the Plaintiff, Deborah A. Johnson, by counsel, and for her Complaint against the Defendants named herein, states as follows:

I.

Plaintiff Deborah A. Johnson ("Johnson") is, and was at all times relevant, a citizen and resident of Christian County, Kentucky.

EXHIBIT B

Filed    22-CI-00375    03/31/2022    Brandi Duvall, Warren Circuit Clerk

II.

Defendant Robert Suhrheinrich ("Defendant Suhrheinrich") is, and was at all times relevant, a citizen of Spencer County, Indiana, residing at 3350 E. 1600 N., Lincoln City, IN 47552. Defendant Suhrheinrich may be served with process in this case by delivery of a summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State. The Secretary of State is respectfully notified that Defendant Suhrheinrich can be served with process at 3350 E. 1600 N., Lincoln City, IN 47552.

III.

The Defendant Superb Tooling, Inc. ("Defendant Superb") is and was at all times relevant an Indiana corporation registered as a foreign corporation with the Kentucky Secretary of State, and with its principal office located at 250 Scenic Industrial Drive, P.O. Box 227, Ferdinand, IN 47532. Defendant Superb may be served with process in this case by delivery of a summons and a true and accurate copy of this Complaint to their registered agent for service of process, CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

IV.

The Defendant, GEICO General Insurance Company ("Defendant GEICO") is a Nebraska insurance company authorized to do the business of insurance in the Commonwealth of Kentucky with its principal office located at 4295 Ocmulgee East Blvd., Macon, GA 31295. Defendant GEICO may be served with process by delivery of summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State. The Secretary of State is respectfully notified that Defendant GEICO's agent for service of process is Frank Siva, One GEICO Center, Macon, GA 31295.

Filed       22-CI-00375    03/31/2022    Brandi Duvall, Warren Circuit Clerk

V.

The subject motor vehicle collision occurred in Warren County, Kentucky, and the amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court. Venue and jurisdiction are proper in Warren Circuit Court.

VI.

On June 19, 2019, in Warren County, Kentucky, Defendant Suhrheinrich negligently and carelessly operated a 2017 Dodge Caravan owned by Defendant Superb Tooling Inc., thereby causing same to collide with a 2012 Dodge Ram, operated by Johnson, causing severe injuries to Johnson.

VII.

At the time of the subject collision, Defendant Suhrheinrich was in the course and scope of employment with Defendant Superb.

VIII.

Defendant Superb has *respondeat superior* liability for the negligent, careless, and/or reckless actions of its servant employee, Defendant Suhrheinrich, and additionally, in order that Johnson may plead all causes of action and/or potential causes of action upon which relief may be granted in this case, in the event it is determined that Defendant Superb was negligent and/or careless in hiring, training, and/or supervising Defendant Suhrheinrich, said actions/inactions on the part of Defendant Superb are pled as additional bases upon which relief may be granted to Johnson.

Filed    22-CI-00375    03/31/2022    Brandi Duvall, Warren Circuit Clerk

### IX.

At all times pertinent hereto, Johnson exercised an appropriate degree of care for her own safety. The subject collision was caused by the negligence and/or carelessness of Defendants Suhrheinrich and/or Superb.

### X.

At all times pertinent hereto Johnson fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act, KRS 304.39 *et seq.*

### XI.

At the time of the subject collision, Johnson was insured by Defendant GEICO pursuant to a policy which included Underinsured Motorist ("UIM") coverage, bearing policy number 4389948565. Johnson has fully complied with her obligations under the GEICO policy and all conditions precedent have occurred or been performed.

### XII.

The monetary value of Johnson's injuries and damages resulting from the subject collision exceeds the liability policy limits available on behalf of Defendants Suhrheinrich and/or Superb. Johnson seeks UIM benefits from Defendant GEICO in an amount exceeding the minimum jurisdictional limits of this Court and to the full extent of all coverage available under the GEICO policy.

### XIII.

As a direct and proximate result of the negligence of Defendants Suhrheinrich and/or Superb, Johnson has been injured and damaged. The monetary value of Johnson's injuries and damages exceed the minimum jurisdictional limits of this Court. Johnson's injuries and damages include, but are not specifically limited to:

Filed        22-CI-00375        03/31/2022        Brandi Duvall, Warren Circuit Clerk

(a) Medical bills and related expenses, past, present and future;

(b) Physical pain and mental suffering, past present and future;

(c) Past and future lost wages and impairment of earning capacity; and

(d) Miscellaneous inconvenience and expense, past, present, and future.

Johnson seeks by this action to recover the full monetary value of her injuries and damages together with all available interest at the maximum legal rate.

WHEREFORE, the Plaintiff, Deborah A. Johnson, respectfully prays this Court for relief as follows:

(a) For judgment against the Defendants in an amount exceeding the minimum jurisdictional limits of this Court, together with all available interest at the maximum legal rate;

(b) For the Plaintiff's costs incurred in pursuit of this action including reasonable attorney's fees to the extent permitted by law; and

(c) For any and all other relief to which it may appear the Plaintiff is entitled, including a trial by jury.

This 31st day of March, 2022.

HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P. O. Box 10120
Bowling Green, KY 42102
(270) 782-6003 Ext. 136
FAX (270) 843-0446
rhartsock@hughesandcoleman.com

/s/ Richard W. Hartsock

### CERTIFICATION

The undersigned does hereby certify that the following entities have been notified of the pendency of this action by provision of a true and accurate copy of this complaint via

Filed        22-CI-00375        03/31/2022        Brandi Duvall, Warren Circuit Clerk

certified mail, return receipt requested, for any and all purposes relating to subrogation interests which might be asserted herein, underinsured motorist benefits, or any other purpose which, under law, might mandate notice of the pendency of this action. Pursuant to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights with respect to any final award received by the plaintiff as a result of this action.

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
GEICO Claims
ATTN: Lisa King
One GEICO Center
Macon, GA 31296

| | | |
|---|---|---|
| IN RE: | Our Client: | Deborah A. Johnson |
| | Our File No.: | 629047 |
| | Your Insured: | James Smith Jr., & Karen Putney |
| | Policy No.: | 4389948565 |
| | Claim No.: | 0487191670101103 |
| | DOI: | 06/19/2019 |

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Medicaid
275 East Main
6-East B
Frankfort, KY 40621

| | | |
|---|---|---|
| IN RE: | Our Client: | Deborah A. Johnson |
| | Our File No.: | 629047 |
| | Your Insured: | Deborah Johnson |
| | Policy No.: | 0041783931 |
| | DOI: | 06/19/2019 |

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Medicare MSPRC Liability
P.O. Box 138832
Oklahoma City, OK 73113

| | | |
|---|---|---|
| IN RE: | Our Client: | Deborah A. Johnson |
| | Our File No.: | 629047 |
| | Your Insured: | Deborah A. Johnson |
| | Claim No.: | 20191 91090 01849 |
| | DOI: | 06/19/2019 |

Attn: Pete Sviggum

Filed    22-CI-00375    03/31/2022    Brandi Duvall, Warren Circuit Clerk

Federated Insurance
P.O. Box 428
Owatonna, MN 55060

IN RE:  Our Client:      Deborah A. Johnson
        Our File No.:    629047
        Your Insured:    Superb Tooling Inc.
        Claim No.:       504040-3
        Policy No.:      9914427
        DOI:             06/19/2019

This 31st day of March, 2022.

/s/ Richard W. Hartsock
Counsel for Plaintiff